Official Form 1 (1/08)

| **United States Bankruptcy Court** | **Voluntary Petition** |
|---|---|
| **NORTHERN** DISTRICT OF **ILLINOIS** | |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Rencher, Ira J.** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**NONE** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): **9417** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**7721 Woodward Ave<br>Apt. #-1A<br>Woodridge IL** ZIPCODE **60517** | Street Address of Joint Debtor (No. & Street, City, and State): ZIPCODE |
| County of Residence or of the<br>Principal Place of Business: **DuPage** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**SAME** ZIPCODE | Mailing Address of Joint Debtor (if different from street address): ZIPCODE |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): **NOT APPLICABLE** ZIPCODE | |

**Type of Debtor** (Form of organization)

(Check **one** box.)

- ☒ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (if debtor is not one of the above entities, check this box and state type of entity below

**Nature of Business**

(Check **one** box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**

(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- ☒ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- ☐ Debts are primarily business debts.

**Chapter 11 Debtors:**

**Check one box:**

- ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Check all applicable boxes:**

- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Offi cial Form 3B.

THIS SPACE IS FOR COURT USE ONLY

**Statistical/Administrative Information**

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Official Form 1 (1/08)                                                                                    FORM B1, Page   2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | ***Ira J. Rencher*** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | (If more than two, attach additional sheet) | |
|---|---|---|
| Location Where Filed:<br>***NONE*** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition | X  */s/ Richard S. Bass*<br><span style="font-size:small">Signature of Attorney for Debtor(s)                                    Date</span> |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Official Form 1 (1/08)                                                                                    FORM B1, Page   3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | *Ira J. Rencher* |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Ira J. Rencher**
_____
Signature of Debtor

X
_____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

(Signature of Foreign Representative)

_____

(Printed name of Foreign Representative)

_____

(Date)

### Signature of Attorney*

X **/s/ Richard S. Bass**
_____
Signature of Attorney for Debtor(s)

**Richard S. Bass 6189009**
_____
Printed Name of Attorney for Debtor(s)

**Law Office of Richard S. Bass, LTD.**
_____
Firm Name

**2021 Midwest Road**
_____
Address

**Oak Brook IL   60521**
_____
**630-953-8655**
_____
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re  *Ira J. Rencher*                                                    Case No.
                                                                          Chapter    7

_____
                        Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒    1. Within the 180 days   **before the filing of my bankruptcy case,**    I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.   *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐    2. Within the 180 days   **before the filing of my bankruptcy case,**    I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not I have a certificate from the agency describing the services provided to me.   *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐    3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.   *[Must be accompanied by a motion for determination by the court.] [Summarize exigent circumstances here.]*

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐   4.  I am not required to receive a credit counseling briefing because of:   *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

☐   Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐   Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐   Active military duty in a military combat zone.

☐   5.  The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   */s/ Ira J. Rencher* _____

Date:   _____

B 201 (04/09/06)

## UNITED STATES BANKRUPTCY COURT

# NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1.  Services Available from Credit Counseling Agencies

With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis. The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge. The clerk also has a list of approved financial management instructional courses.

## 2.  The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7:  Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court  a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years

or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

     3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

    **Chapter 11:  Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**
    Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

    **Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**
    Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3.  Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

    A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

**Certificate of [Non-Attorney] Bankruptcy Petition Preparer**
    I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

_____
Printed name and title, if any, of Bankruptcy Petition Preparer

Address:

_____

X_____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

**Certificate of the Debtor**
    I (We), the debtor(s), affirm that I (we) have received and read this notice.

_____
Printed Name(s) of Debtor(s)

Case No. (if known) _____

X_____
Signature of Debtor                        Date

X_____
Signature of Joint Debtor (if any)        Date

**FORM B6A (Official Form 6A) (12/07)**

In re <u>Ira J. Rencher</u> ,  Case No._____
 Debtor(s)  (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| *None* | | | | *None* |
| | | | **TOTAL $** | *0.00* |

No continuation sheets attached

**(Report also on Summary of Schedules.)**

In re  __Ira J. Rencher_____ ,    Case No. _____

     Debtor(s)                                                                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | | *Cash* <br> *Location: In debtor's possession* | | $ 100.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | *Misc used household goods, furniture & furnishings* <br> *Location: In debtor's possession* | | $ 2,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | *Misc used personal items, books and pictures* <br> *Location: In debtor's possession* | | $ 300.00 |
| 6.  Wearing apparel. | | *Misc used personal clothing* <br> *Location: In debtor's possession* | | $ 500.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | *Life Insurance:Term policy* <br> *Location: In debtor's possession* | | $ 1.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

B6B (Official Form 6B) (12/07)

In re **Ira J. Rencher** ,                                                                Case No. _____

                    Debtor(s)                                                                                         (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | *401K Pension-Retirement Employer Plan Location: n/a* | | $ 4,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | *2007 Tax Refund (Subject to off-set for student loan) Location: pending with IRS* | | $ 1,872.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | *1997 Dodge Neon Location: In debtor's possession* | | $ 1,500.00 |

Page   2   of   3

In re **Ira J. Rencher**                                                                         Case No. _____
　　　　　　　　　　　　**Debtor(s)**                                                                          (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | *2005 Chrysler Pacific* <br> *Location: In debtor's possession* | | $ 11,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | *Funds garnished from pay check* <br> *Location: In debtor's employer possession* | | $ 600.00 |

Page __3__ of __3__

Total ➡     $ 21,873.00

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

In re  **Ira J. Rencher**
_____,    Case No. _____
Debtor(s)                                                          (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds $136,875.

(Check one box)

☐ 11 U.S.C. § 522(b) (2)
☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| Cash | 735 ILCS 5/12-1001(b) | $ 100.00 | $ 100.00 |
| Misc used household goods, furniture & furnishings | 735 ILCS 5/12-1001(b) | $ 1,428.00 | $ 2,000.00 |
| Misc used personal items, books and pictures | 735 ILCS 5/12-1001(a) | $ 300.00 | $ 300.00 |
| Misc used personal clothing | 735 ILCS 5/12-1001(a) | $ 500.00 | $ 500.00 |
| Life Insurance:Term policy | 735 ILCS 5/12-1001(f) | $ 1.00 | $ 1.00 |
| 401K Pension-Retirement Employer Plan | 735 ILCS 5/12-1006 | $ 4,000.00 | $ 4,000.00 |
| 2007 Tax Refund | 735 ILCS 5/12-1001(b) | $ 1,872.00 | $ 1,872.00 |
| 1997 Dodge Neon | 735 ILCS 5/12-1001(c) | $ 1,500.00 | $ 1,500.00 |
| 2005 Chrysler Pacific | 735 ILCS 5/12-1001(c) | $ 0.00 | $ 11,000.00 |
| Funds garnished from pay check | 735 ILCS 5/12-1001(b) | $ 600.00 | $ 600.00 |

B6D (Official Form 6D) (12/07)

In re Ira J. Rencher                                                    ,        Case No._____
                        **Debtor(s)**                                                                    **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien <br><br> H--Husband <br> W--Wife <br> J--Joint <br> C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *8396* <br><br> *Creditor # : 1* <br> *Capital One Auto Finance* <br> *Attn:   Bankruptcy Dept* <br> *PO BOX  260848* <br> *Plano TX 75026-0848* | | *2007* <br> *Purchase Money Security* <br> *2005 Chrysler Pacific* <br><br> Value: *$ 11,000.00* | | | | *$ 15,000.00* | *$ 4,000.00* |
| Account No: | | <br><br> Value: | | | | | |
| Account No: | | <br><br> Value: | | | | | |

No continuation sheets attached

|  | | | | **Subtotal $** <br> (Total of this page) | *$ 15,000.00* | *$ 4,000.00* |
|---|---|---|---|---|---|---|
|  | | | | **Total $** <br> (Use only on last page) | *$ 15,000.00* | *$ 4,000.00* |
|  | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6E (Official Form 6E) (12/07)

In re _Ira J. Rencher_____,    Case No._____
          **Debtor(s)**                                           (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**No continuation sheets attached**

B6F (Official Form 6F) (12/07)

In re  *Ira J. Rencher*_____ ,    Case No. _____
           **Debtor(s)**                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.  R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three  columns.)

    Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | | |
| Account No:  *0933*<br>*Creditor # : 1*<br>*Advocate Illinois Masonic Ctr*<br>*Attn:  Patient Accounts*<br>*836 W. Wellington Ave*<br>*Chicago IL 60657* | | *2002-2008*<br>*Medical Bills* | | | | | | *$ 708.00* |
| Account No:  *4360*<br>*Creditor # : 2*<br>*Affirmative Insurance Company*<br>*6640 S. Cicero Ave*<br>*Bedford Park IL 60638* | | *2002-2008*<br>*Insurance* | | | | | | *$ 55.00* |
| Account No:  *4576*<br>*Creditor # : 3*<br>*Allied Interstate*<br>*RE:  Commonwealth Edison*<br>*3200 Northline Ave.   #160*<br>*Greensboro NC 27408* | | *2002-2008*<br>*Notice to collector* | | | | | | *$ 0.00* |
| Account No:  *4316*<br>*Creditor # : 4*<br>*American Medical Collection*<br>*RE:  Quest Diagnostics Inc.*<br>*2269 S. Saw Mill River Rd, #3*<br>*Elmsford NY 10523* | | *2002-2008*<br>*Notice to collector* | | | | | | *$ 0.00* |

*15* continuation sheets attached

Subtotal $               *$ 763.00*

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Ira J. Rencher_ ,                                        Case No. _____
                **Debtor(s)**                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **5A03**<br>Creditor # : 5<br>American Medical Collection<br>RE:  Quest Diagnostics Inc.<br>2269 S. Saw Mill River Rd, #3<br>Elmsford NY 10523 | | | *2002-2008*<br>*Notice to collector* | | | | $ 0.00 |
| Account No: **3898**<br>Creditor # : 6<br>Applied Card Bank<br>Attn: Collection Dept<br>PO Box 17120<br>Wilmington DE 19886-7120 | | | *2002-2008*<br>*Notice to collector* | | | | $ 0.00 |
| Account No: **5628**<br>Creditor # : 7<br>Argent Healthcare Fin Svc<br>RE:  Rush Copley Memorial Hosp<br>7650 Magna Drive<br>Belleville IL 62223 | | | *2002-2008*<br>*Notice to collector* | | | | $ 0.00 |
| Account No: **4824**<br>Creditor # : 8<br>Aurora Health Center<br>Attn:  Patient Accounts<br>330 Weston Ave<br>Aurora IL 60506 | | | *2002-2008*<br>*Medical Bills* | | | | $ 743.98 |
| Account No: **1679**<br>Creditor # : 9<br>Axsys National Bank<br>Attn :  Bankruptcy Dept<br>PO Box 3700 (Fingerhut)<br>St. Cloud  MN 56395-3700 | | | *2002-2008*<br>*Credit Card Purchases* | | | | $ 87.05 |
| Account No:<br>Creditor # : 10<br>Bank of Northern Illinois<br>Attn: Bankruptcy Dept<br>1301 Waikegan Rd<br>Glenview IL 60025 | | | *1995*<br>*deficiency on auto* | | | | $ 0.00 |

Sheet No. _1_ of _15_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 831.03

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Ira J. Rencher_ ,     Case No._____
                **Debtor(s)**                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 3049<br>Creditor # : 11<br>Bureau of Collection Recovery<br>Acct:<br>7575 Corporate Way<br>Eden Prairie MN 55344 | | | 2002-2008<br>Notice to collector | | | | $ 0.00 |
| Account No: 3049<br>Creditor # : 12<br>Bureau of Collection Recovery<br>7575 Corporate Way<br>Eden Prairie MN 55344 | | | 2002-2008<br>Notice to collector | | | | $ 0.00 |
| Account No: 3638<br>Creditor # : 13<br>Capital Management Services<br>RE: FNB-Marin<br>726 Exchange Street, Suite 700<br>Buffalo NY 14210 | | | 2002-2008<br>Collection | | | | $ 1,075.43 |
| Account No: 7308<br>Creditor # : 14<br>Chase Receievables Collection<br>RE: Fashion Bug<br>1247 Broadway<br>Sonoma CA 95476 | | | 2002-2008<br>Notice to collector | | | | $ 0.00 |
| Account No: 0748<br>Creditor # : 15<br>Cingular Wireless<br>Attn: Bankruptcy Dept<br>PO BOX 68056<br>Anaheim CA 92817-8056 | | | 2002-2008<br>Cellular Telephone | | | | $ 2,008.98 |
| Account No: 0748<br>Creditor # : 16<br>Cingular Wireless<br>Attn: Bankruptcy Dept<br>PO Box 8229<br>Aurora IL 60572-8229 | | | 2002-2008<br>Notice to other location | | | | $ 0.00 |

Sheet No. _2_ of _15_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 3,084.41
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Ira J. Rencher_ ,     Case No._____
    **Debtor(s)**                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   8963 Creditor # : 17 City of Aurora Finance Dept-Revenue & Collect 44 E. Downer Place Aurora IL 60507-2067 | | | 2002-2008 Water Bills | | | | $ 93.76 |
| Account No:   2483 Creditor # : 18 City of Chicago Department of Revenue PO BOX  88292 Chicago IL 60680-1292 | | | 2002-2008 Parking Ticket | | | | $ 134.00 |
| Account No:   2834 Creditor # : 19 Collection Company of America RE:  Cingular Wireless PO BOX  556 Norwell MA 02061 | | | 2002-2008 Collection | | | | $ 0.00 |
| Account No:   495X Creditor # : 20 Collection Company of America RE:  Rush Copley PO Box 329 Norwell MA 02061 | | | 2002-2008 Notice to collector | | | | $ 0.00 |
| Account No:   6734 Creditor # : 21 Collecto-Credit Pac RE:  Ameritech FACC IL PO Box 608 Tinley Park IL 60477-0608 | | | 2002-2008 Collection | | | | $ 125.40 |
| Account No:   1328 Creditor # : 22 Comcast Attn:  Bankruptcy Dept PO BOX  173885 Denver CO 80217-3885 | | | 2002-2008 Cable TV Bills | | | | $ 68.24 |

Sheet No. _3_ of _15_ continuation sheets attached to Schedule of      Subtotal $      $ 421.40
Creditors Holding Unsecured Nonpriority Claims
                                                    Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Ira J. Rencher_____ ,          Case No._____
         **Debtor(s)**                                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   4016 Creditor # : 23 Commonwealth Edison Attn:  Bankruptcy Dept 2100 Swift Drive Oak Brook IL 60523-9644 | | | 2002-2008 Utility Bills | | | | $ 216.98 |
| Account No:   7611 Creditor # : 24 Credit Protection Association RE:  Comcast 13355 Noel Rd Dallas TX 75240 | | | 2002-2008 Notice to collector | | | | $ 0.00 |
| Account No:   1328 Creditor # : 25 Credit Protection Association RE:  Comcast 13355 Noel Rd Dallas TX 75240 | | | 2002-2008 Notice to collector | | | | $ 0.00 |
| Account No:   3898 Creditor # : 26 Cross Country Bank Attn:  Bankruptcy Dept PO Box 310731 Boca Raton FL 33431-0731 | | | 2002-2008 Credit Card Purchases | | | | $ 979.97 |
| Account No: Creditor # : 27 Cybak R. & Associates RE:  Nuvell Credit Corp 100 W. Monroe St, #800 Chicago IL 60603 | | | 2002-2008 Notice to collector | | | | $ 0.00 |
| Account No:   3474 Creditor # : 28 Dependon Collection Service RE:  Suburban Radiologists PO BOX  4983 Oak Brook IL 60523-4983 | | | 2002-2008 Notice to collector | | | | $ 0.00 |

Sheet No.   4   of   15   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 1,196.95

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re  _Ira J. Rencher_ _____,          Case No._____
**Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  *1900*<br>*Creditor # : 29*<br>*Downers Grove Surg & Treatment*<br>*Attn:  Patient Accounts*<br>*3800 Highland Ave, #303*<br>*Downers Grove IL 60515* | | | *2002-2008*<br>*Medical Bills* | | | | *$ 735.64* |
| Account No:  *3504*<br>*Creditor # : 30*<br>*DuPage Radiologists SC*<br>*PO BOX  70*<br>*Hinsdale IL 60522* | | | *2002-2008*<br>*Medical Bills* | | | | *$ 31.00* |
| Account No:  *9537*<br>*Creditor # : 31*<br>*Edward Hospital*<br>*Attn:  Patients Accts*<br>*PO Box 4207*<br>*Carol Stream  IL 60197-4207* | | | *2002-2007*<br>*Medical Bills* | | | | *$ 1,267.29* |
| Account No:  *9541*<br>*Creditor # : 32*<br>*ER Solutions*<br>*RE:  Gas Line Comfort Guard*<br>*PO Box 9004*<br>*Renton WA 98057-9004* | | | *2002-2008*<br>*Collection* | | | | *$ 17.50* |
| Account No:  *7308*<br>*Creditor # : 33*<br>*Fashion Bug*<br>*Attn:  Bankruptcy Dept*<br>*PO BOX  856021*<br>*Louisville KY 40285-6021* | | | *2002-2008*<br>*Credit Card Purchases* | | | | *$ 941.00* |
| Account No:  *1258*<br>*Creditor # : 34*<br>*First Bank of Delaware*<br>*Attn:  Bankruptcy Dept*<br>*1608 Walnut St, #1000*<br>*Philadelphia PA 19103* | | | *2002-2008*<br>*Credit Card Purchases* | | | | *$ 184.00* |

Sheet No.  _5_ of  _15_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $         *$ 3,176.43*
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Ira J. Rencher_ _____ ,      Case No. _____
              **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   2101<br>Creditor # : 35<br>*First National Bank*<br>*Attn:  Bankruptcy Dept*<br>*PO BOX  98873*<br>*Las Vegas NV 89193* | | | *2002-2008*<br>*Credit Card Purchases* | | | | $ 871.83 |
| Account No:   2737<br>Creditor # : 36<br>*First National Bank*<br>*Attn:  Bankruptcy Dept*<br>*PO BOX  98873*<br>*Las Vegas NV 89193* | | | *2002-2008*<br>*Credit Card Purchases* | | | | $ 449.51 |
| Account No:   4183<br>Creditor # : 37<br>*First National Collection Bur.*<br>*RE:  Fingerhut*<br>*610 Waltham Way*<br>*Sparks NV 89434* | | | *2002-2008*<br>*Collection* | | | | $ 227.87 |
| Account No:   7308<br>Creditor # : 38<br>*First National Collection Bur.*<br>*RE:  Fashion Bug*<br>*610 Waltham Way*<br>*Sparks NV 89434* | | | *2002-2008*<br>*Notice to collector* | | | | $ 0.00 |
| Account No:   6171<br>Creditor # : 39<br>*First National Collection Bur.*<br>*RE:  Credigy Services Corp*<br>*3631 Warren Way*<br>*Reno NV 89509* | | | *2002-2008*<br>*Collection* | | | | $ 3,376.53 |
| Account No:   1148<br>Creditor # : 40<br>*First Select*<br>*Attn:  Bankruptcy Dept*<br>*PO BOX  9074*<br>*Pleasanton CA 94566* | | | *2002-2008*<br>*Notice to other location* | | | | $ 0.00 |

Sheet No.  _6_  of  _15_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 4,925.74

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Ira J. Rencher_____,     Case No._____
            **Debtor(s)**                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  6345 <br> Creditor # : 41 <br> First Select <br> Attn:  Bankruptcy Dept <br> PO BOX  9074 <br> Pleasanton CA 94566 | | | 2002-2008 <br> Collection | | | | $ 2,218.11 |
| Account No:  2009 <br> Creditor # : 42 <br> Fox Metro Water Reclamation <br> Attn:  Bankruptcy Dept <br> PO BOX  109 <br> Montgomery IL 60538 | | | 2002-2008 <br> Water Bills | | | | $ 28.74 |
| Account No:  8066 <br> Creditor # : 43 <br> Good Samaritan Hospital <br> Attn:  Patient Accounts <br> 3815 Highland Ave <br> Downers Grove IL 60515-1590 | | | 2002-2008 <br> Medical Bills | | | | $ 169.00 |
| Account No:  135 <br> Creditor # : 44 <br> Greenwich Financial <br> Attn:   Bankruptcy Dept <br> 1621 E. New York St <br> Aurora IL 60505 | | | 2002-2008 <br> Notice to collector | | | | $ 0.00 |
| Account No:  6093 <br> Creditor # : 45 <br> Highland Financial Services In <br> RE:  Insurance Plus <br> PO BOX  6718 <br> Villa Park IL 60181 | | | 2002-2008 <br> Insurance | | | | $ 106.25 |
| Account No:  5211 <br> Creditor # : 46 <br> Household Credit Services <br> Attn:  Bankruptcy Dept <br> PO BOX  80084 <br> Salinas CA 93912-0084 | | | 2002-2008 <br> Credit Card Purchases | | | | $ 270.83 |

Sheet No.  7  of   15  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                                    **Subtotal $**     $ 2,792.93
                                                                    **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Ira J. Rencher_____ ,       Case No. _____
                    **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 47 <br> Illinois Masonic Hospital <br> Attn: Patient Accounts <br> 836 W. Wellington St <br> Chicago IL 60657 | | | *2004* <br> *Medical Bills* | | | | $ 10,000.00 |
| Account No:   1570 <br> Creditor # : 48 <br> Imagine/First Bank Delaware <br> Attn:  Bankruptcy Dept <br> 245 Perimeter Ctr Pkwy, #600 <br> Atlanta GA 30346 | | | *2002-2008* <br> *Credit Card Purchases* | | | | $ 389.00 |
| Account No:   4824 <br> Creditor # : 49 <br> Island National Group <br> RE:  Fingerhut <br> 6851 Jericho Turnpike, #180 <br> Syosset NY 11791 | | | *2002-2008* <br> *Notice to collector* | | | | $ 0.00 |
| Account No:   5508 <br> Creditor # : 50 <br> KCA Financial <br> RE:  Delnor/Tri-City <br> PO Box 53 <br> Geneva IL 60134 | | | *2002-2008* <br> *Notice to collector* | | | | $ 0.00 |
| Account No: <br> Creditor # : 51 <br> Law Office of Cybak & Assc <br> RE:  Nuvell Credit Corp <br> 100 W. Monroe St. #800 <br> Chicago IL 60603 | | | *2002-2008* <br> *Notice to collector* <br> *Cook County Suit 04 M1 600315* <br> *(Nuvell Credit* | | | | $ 11,650.00 |
| Account No: <br> Creditor # : 52 <br> Law Office of Cybak & Assoc <br> Acct: Nuvell Credit <br> 100 W. Monroe St #800 <br> Chicago IL 60603 | | | *2004* <br> *Collection* <br> *Cook County Suit 04 M1 623573* <br> *Nuvell Credit* | | | | $ 9,900.00 |

Sheet No.  8  of   15  continuation sheets attached to Schedule of          Subtotal $          $ 31,939.00
Creditors Holding Unsecured Nonpriority Claims                                    Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Ira J. Rencher_____,   Case No._____
**Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   R000<br>Creditor # : 53<br>Li Zhang, MD, S.C.<br>Attn:  Patient Accounts<br>PO BOX  5428<br>Woodridge IL 60517 | | | 2002-2008<br>Medical Bills | | | | $ 94.40 |
| Account No:   3GV6<br>Creditor # : 54<br>LVNV Funding<br>RE:  Collection<br>PO BOX  10497<br>Greenville SC 29603-0584 | | | 2002-2008<br>Collection | | | | $ 245.00 |
| Account No:   2691<br>Creditor # : 55<br>M.J. Hecker & Associates P.C.<br>RE:  Yampa Investments Inc.<br>PO BOX  12005<br>Denver CO 80212-0005 | | | 2002-2008<br>Notice to collector | | | | $ 0.00 |
| Account No:   6145<br>Creditor # : 56<br>Mazda American Credit<br>Attn Bankruptcy Dept<br>PO Box 55000 Dept 5558901<br>Detroit MI 48255-1939 | | | 1997<br>deficiency on auto | | | | $ 0.00 |
| Account No:   6985<br>Creditor # : 57<br>MCI<br>Residential Services<br>PO BOX  17890<br>Denver CO 80217-0890 | | | 2002-2008<br>Telephone Service | | | | $ 245.18 |
| Account No:   9922<br>Creditor # : 58<br>Medical Business Bureau<br>RE:  Valley Imaging<br>PO Box 1219<br>Park Ridge IL 60068-7219 | | | 2002-2008<br>Collection on Medical Bills | | | | $ 305.52 |

Sheet No.   9  of   15  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $         $ 890.10

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Ira J. Rencher_____,     Case No._____

**Debtor(s)**     (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   4556<br>Creditor # : 59<br>Mercury Finance<br>119 E. Ogden Ave, Suite 100<br>Hinsdale IL 60521-3518 | | 2002-2008<br>Notice to collector | | | | $ 0.00 |
| Account No:<br>Creditor # : 60<br>Mid America Management<br>Attn Collection Dept<br>2901 Butterfield Rd<br>Oak Brook IL 60521-1101 | | 1997<br>Former Landlord | | | | $ 599.00 |
| Account No:<br>Creditor # : 61<br>Midwestern Telecommunications<br>PO BOX  53330<br>Chicago IL 60615 | | 2002-2008<br>Telephone Service | | | | $ 77.30 |
| Account No:   5467<br>Creditor # : 62<br>MPower Communications<br>Attn:  Bankruptcy Dept<br>PO BOX  36430<br>Las Vegas NV 89193-6430 | | 2002-2008<br>Telephone Service | | | | $ 4.43 |
| Account No:   0971<br>Creditor # : 63<br>Naperville Radiologists S.C.<br>6910 S. Madison Street<br>Willowbrook IL 60527 | | 2002-2008<br>Medical Bills | | | | $ 689.65 |
| Account No:   1434<br>Creditor # : 64<br>NICOR Gas<br>Attn: Bankruptcy Dept<br>1844 W. Ferry Road<br>Naperville IL 60563-9662 | | 2002-2008<br>Utility Bills | | | | $ 161.36 |

Sheet No. _10_ of _15_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 1,531.74

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)  - Cont.

In re _Ira J. Rencher_ ,                                    Case No. _____
   **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 65<br>Nuvell Credit Corp<br>Attn:  Bankruptcy Dept<br>PO BOX  7100<br>Little Rock AR 72223-7100 | | | 2003<br>Notice to other location | | | | $ 0.00 |
| Account No:<br>Creditor # : 66<br>Nuvell Credit Corp<br>Attn:  Bankruptcy Dept<br>PO BOX  7100<br>Little Rock AR 72223-7100 | | | 2003<br>deficiency on auto<br>Cook County Suits  04 M1 623573 & 04 M1 600315 | | | | $ 0.00 |
| Account No:    1562<br>Creditor # : 67<br>Palisades Collection<br>RE:  Collection<br>210 Sylvan Ave<br>Englewood Cliffs NJ 07632 | | | 2002-2008<br>Notice to collector | | | | $ 0.00 |
| Account No:    6985<br>Creditor # : 68<br>Park Dansan<br>RE:  MCI Communications<br>PO BOX  248<br>Gastonia NC 28053-0248 | | | 2002-2008<br>Notice to collector | | | | $ 0.00 |
| Account No:    3GV6<br>Creditor # : 69<br>Progressive Management System<br>RE:  Collection<br>PO Box 805030<br>Chicago IL 60680-4111 | | | 2002-2008<br>Notice to collector | | | | $ 0.00 |
| Account No:    1148<br>Creditor # : 70<br>Providian Financial<br>Attn:  Bankruptcy Dept<br>PO BOX  9180<br>Pleasanton CA 94566 | | | 2002-2008<br>Credit Card Purchases | | | | $ 1,644.00 |

Sheet No. _11_ of _15_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 1,644.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re  _Ira J. Rencher_____,      Case No._____
                    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   *4316*<br>*Quest Diagnostic*<br>*Attn:  Patient Billing*<br>*1355 Mittel Blvd*<br>*Wood Dale IL 60191-1024*<br>*Creditor # : 71* | | | *2002-2008*<br>*Medical Bills* | | | | *$ 502.13* |
| Account No:   *8006*<br>*Quest Diagnostic*<br>*Attn:  Patient Billing*<br>*1355 Mittel Blvd*<br>*Wood Dale IL 60191-1024*<br>*Creditor # : 72* | | | *2002-2008*<br>*Medical Bills* | | | | *$ 25.00* |
| Account No:   *3090*<br>*Quest Diagnostic*<br>*Attn:  Patient Billing*<br>*1355 Mittel Blvd*<br>*Wood Dale IL 60191-1024*<br>*Creditor # : 73* | | | *2002-2008*<br>*Medical Bills* | | | | *$ 25.00* |
| Account No:   *9732*<br>*Robert G. Michaels & Assoc*<br>*RE:  DuPage Emergency Phys*<br>*PO BOX  10176*<br>*Chicago IL 60610-0176*<br>*Creditor # : 74* | | | *2002-2008*<br>*Collection on Medical Bills* | | | | *$ 180.00* |
| Account No:   *0028*<br>*Rush Copley Family Med Ctr*<br>*Attn:  Patient Accounts*<br>*2060 Odgen Ave, #B*<br>*Aurora IL 60504-4714*<br>*Creditor # : 75* | | | *2002-2008*<br>*Medical Bills* | | | | *$ 534.00* |
| Account No:   *0010*<br>*Rush Copley Family Med Ctr*<br>*Attn:  Patient Accounts*<br>*2060 Odgen Ave, #B*<br>*Aurora IL 60504-4714*<br>*Creditor # : 76* | | | *2002-2008*<br>*Medical Bills* | | | | *$ 1,448.00* |

Sheet No.   _12_  of  _15_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        *$ 2,714.13*

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Ira J. Rencher_____ ,            Case No._____
                    **Debtor(s)**                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   8079 <br> Creditor # : 77 <br> Rush Copley Medical Center <br> Attn Patient Accts <br> PO Box 352 <br> Aurora IL 60504-0352 | | | 2002-2008 <br> Medical Bills | | | | $ 4,115.00 |
| Account No:   5925 <br> Creditor # : 78 <br> Stewart & Associates <br> RE:  Credigy Receivables Inc. <br> PO BOX  2389 <br> Suwanee GA 30024 | | | 2002-2008 <br> Notice to collector | | | | $ 0.00 |
| Account No:   5005 <br> Creditor # : 79 <br> Suburban Radiologists S.C. <br> Attn:  Patient Records <br> 1446 Momentum Place <br> Chicago IL 60689-5314 | | | 2002-2008 <br> Medical Bills | | | | $ 38.74 |
| Account No:   7990 <br> Creditor # : 80 <br> TCF Bank <br> Attn:  Bankruptcy Dept <br> 500 Joliet Road <br> Willowbrook IL 60527 | | | 2002-2008 <br> Overdraft Account | | | | $ 4,983.34 |
| Account No:   R000 <br> Creditor # : 81 <br> Tehming Liang, M.D. <br> Attn:  Patient Accounts <br> 580 E. Boughton Rd, #A <br> Bolingbrook IL 60440 | | | 2002-2008 <br> Medical Bills | | | | $ 460.08 |
| Account No:   34 <br> Creditor # : 82 <br> Torres Credit Services <br> RE:  Collection <br> PO Box 189 <br> Carlise PA 17013-0189 | | | 2002-2008 <br> Collection | | | | $ 220.00 |

Sheet No. __13__ of ___15__ continuation sheets attached to Schedule of                    **Subtotal $**        $ 9,817.16
Creditors Holding Unsecured Nonpriority Claims
                                                                                            **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re  *Ira J. Rencher*                                                    ,                    Case No. _____
                    **Debtor(s)**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State.<br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   *2291*<br>*Creditor # : 83*<br>*Transworld Systems Collection*<br>*RE:  Tehming Liang Md*<br>*25 Northwest Pt. Blvd #750*<br>*Elk Grove Villag IL 60007* | | | *2002-2008*<br>*Collection on Medical Bills* | | | | *$ 460.08* |
| Account No:   *1127*<br>*Creditor # : 84*<br>*Tre Medical LTD*<br>*Attn:  Patient Accounts*<br>*3825 Highland Ave*<br>*Downers Grove IL 60515* | | | *2002-2008*<br>*Medical Bills* | | | | *$ 93.90* |
| Account No:   *4173*<br>*Creditor # : 85*<br>*TruComm*<br>*Attn: Collection Dept*<br>*1608 Barclay Blvd*<br>*Buffalo Grove IL 60089-000* | | | *2003*<br>*Phone Service* | | | | *$ 115.00* |
| Account No:   *6590*<br>*Creditor # : 86*<br>*US Dept of Education*<br>*Attn:  Bankruptcy Dept*<br>*PO BOX  7202*<br>*Utica NY 13054-7202* | | | *2000*<br>*Student Loan* | | | | *$ 27,000.00* |
| Account No:   *1259*<br>*Creditor # : 87*<br>*Valley Imaging Consultants LLC*<br>*6910 S. Madison St*<br>*Willowbrook IL 60527-5504* | | | *2002-2008*<br>*Medical Bills* | | | | *$ 305.52* |
| Account No:   *6985*<br>*Creditor # : 88*<br>*Van Ru Credit*<br>*RE:  MCI*<br>*10024 Skokie Blvd, Ste 3*<br>*Skokie IL 60077* | | | *2002-2008*<br>*Notice to collector* | | | | *$ 0.00* |

Sheet No.  **14**  of  **15**  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     *$ 27,974.50*

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re  _Ira J. Rencher_____,   Case No._____

**Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   0483<br>Creditor # : 89<br>Village of Bolingbrook<br>PO BOX  88850<br>Carol Stream IL 60188 | | | *2002-2008*<br>*Notice to other location* | | | | $ 0.00 |
| Account No:   0483<br>Creditor # : 90<br>Village of Bolingbrook<br>375 W. Briarcliff Road<br>Bolingbrook IL 60440 | | | *2002-2008*<br>*Medical Bills* | | | | $ 700.00 |
| Account No:   3898<br>Creditor # : 91<br>Weltman, Weinberg & Reis Co.<br>RE:  Applied Card Bank<br>323 W. Lakeside Ave, Suite 200<br>Cleveland OH 44113-1099 | | | *2002-2008*<br>*Notice to collector* | | | | $ 0.00 |
| Account No:   5211<br>Creditor # : 92<br>Wolpoff & Abramson, L.L.P.<br>RE:  Household Bank<br>702 King Farm Blvd.<br>Rockville MD 20850-5775 | | | *2002-2008*<br>*Collection* | | | | $ 621.21 |
| Account No:   0142<br>Creditor # : 93<br>Yampa Investments Inc.<br>Attn:  Bankruptcy Dept<br>PO BOX  280670<br>Lakewood CO 80228-0670 | | | *2002-2008*<br>*Collection* | | | | $ 1,795.83 |
| Account No: | | | | | | | |

Sheet No. _15_ of _15_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal $** | $ 3,117.04 |
| **Total $** | $ 96,819.56 |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re <u>**Ira J. Rencher**</u>                                                                  / Debtor

Case No. _____
(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
|  |  |

B6H (Official Form 6H) (12/07)

In re  _Ira J. Rencher_ _____ / Debtor    Case No. _____

                                                                                            (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | |

In re *Ira J. Rencher* _____ ,   Case No. _____
               **Debtor(s)**                                                               **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Divorced** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *Optician Tech* | |
| Name of Employer | *American Vision Center* | |
| How Long Employed | *4 years* | |
| Address of Employer | *10550 S. Cicero* *Oak Lawn IL  60453* | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 3,250.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ | 3,250.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | |
|    a. Payroll taxes and social security | $ | 697.67 | $ 0.00 |
|    b. Insurance | $ | 190.67 | $ 0.00 |
|    c. Union dues | $ | 0.00 | $ 0.00 |
|    d. Other (Specify): | $ | 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 888.33 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 2,361.67 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | 0.00 | $ 0.00 |
| 8. Income from real property | $ | 0.00 | $ 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ | 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ | 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME   (Add amounts shown on lines 6 and 14) | $ | 2,361.67 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME:   (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | | $ | 2,361.67 |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

**In re** Ira J. Rencher _____ ,    **Case No.** _____

    **Debtor(s)**                                                    (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

   Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 830.00 |
|    a. Are real estate taxes included?  Yes ☐  No ☒ | | |
|    b. Is property insurance included?  Yes ☐  No ☒ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 100.00 |
|    b. Water and sewer | $ | 0.00 |
|    c. Telephone | $ | 40.00 |
|    d. Other  *Cell phone* | $ | 40.00 |
|    Other | $ | 0.00 |
|    Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 300.00 |
| 5. Clothing | $ | 70.00 |
| 6. Laundry and dry cleaning | $ | 10.00 |
| 7. Medical and dental expenses | $ | 10.00 |
| 8. Transportation (not including car payments) | $ | 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | $ | 0.00 |
|    b. Life | $ | 0.00 |
|    c. Health | $ | 0.00 |
|    d. Auto | $ | 122.00 |
|    e. Other | $ | 0.00 |
|    Other | $ | 0.00 |
|    Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | $ | 414.00 |
|    b. Other:  *Auto repair & upkeep* | $ | 40.00 |
|    c. Other: | $ | 0.00 |
|    d. Other: | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other:  *Personal care items and groom* | $ | 30.00 |
|    Other:  *Newspapers, subscription misc* | $ | 20.00 |
|    Other:  *Presciptions, medication* | $ | 125.00 |
| 18. AVERAGE MONTHLY EXPENSES  Total lines 1-17. Report also on Summary of Schedules | $ | 2,351.00 |
| and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: | | |
| | | |
| 20. STATEMENT OF MONTHLY NET INCOME | | |
|    a. Average monthly income from Line 16 of Schedule I | $ | 2,361.67 |
|    b. Average monthly expenses from Line 18 above | $ | 2,351.00 |
|    c. Monthly net income (a. minus b.) | $ | 10.67 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re  *Ira J. Rencher*

Case No.

Chapter   **7**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $         0.00 | | |
| B-Personal Property | *Yes* | *3* | $     21,873.00 | | |
| C-Property Claimed as Exempt | *Yes* | *1* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *1* | | $     15,000.00 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *1* | | $         0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *16* | | $     96,819.56 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $      2,361.67 |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $      2,351.00 |
| TOTAL | | *27* | $     21,873.00 | $    111,819.56 | |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Ira J. Rencher*

Case No.

Chapter   **7**

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C  § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ *0.00* |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ *0.00* |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ *0.00* |
| Student Loan Obligations (from Schedule F) | $ *27,000.00* |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ *0.00* |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ *0.00* |
| **TOTAL** | $ *27,000.00* |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ *2,361.67* |
| Average Expenses (from Schedule J, Line 18) | $ *2,351.00* |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ *3,802.00* |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ *4,000.00* |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ *0.00* | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ *0.00* |
| 4. Total from Schedule F | | $ *96,819.56* |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ *100,819.56* |

In re  *Ira J. Rencher*  _____      Case No. _____
                         Debtor                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____28____ sheets, and that they are true and correct to the best of my knowledge, information and belief.


Date: _____        Signature  */s/ Ira J. Rencher* _____
                                               *Ira J. Rencher*



[If joint case, both spouses must sign.]


Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: **Ira J. Rencher**                                                                    Case No.

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                          SOURCE

**Year to date:$6.021.04**          **Wages from employment   2008**
**Last Year:39,450.00**          **Same 2007**
**Year before:37,932.00**          **Same 2006**

---

### 2. Income other than from employment or operation of business

None ☒

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 3. Payments to creditors

None   Complete a. or b., as appropriate, and c.

☒

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None   b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the

☒   commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None   c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were

☒   insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None   a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.

☐   (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Nuvell Credit Corp vs. Ira Rencher 04 M1 623573* | *Detinue and Collection* | *Cook County Circuit Court* | *Garnishment issed* |
| *Nuvell Credit Corp Vs. Ira Rencher 04 M1 600315* | *Detinue and Collection* | *Cook County Circuit Court* | *Dismissed* |

None   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement

☐   of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Name: Nuvell Credit Corp Address: See Creditor Schedule F* | *2008* | *Description:  Funds from debtor pay check Value:$600.00 appr* |

## 5. Repossessions, foreclosures and returns

None   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within

☒   one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

None
☒

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☒

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None
☒

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None
☒

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Richard S. Bass*<br>*Address:*<br>*2021 Midwest Road*<br>*Oak Brook, IL 60521* | *Date of Payment:*<br>*Payor: Ira J. Rencher* | *$700.00* |

## 10. Other transfers

None
☒

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☒

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

## 11. Closed financial accounts

None
☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is  not  filed.)

## 12. Safe deposit boxes

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition  is  not  filed.)

## 13. Setoffs

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not  filed.)

## 14. Property held for another person

None
☒

List all property owned by another person that the  debtor  holds  or  controls.

## 15. Prior address of debtor

None
☒

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of  either spouse.

## 16. Spouses and Former Spouses

None
☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

## 17. Environmental Information

None
☒

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None ☒  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☒  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

None ☒  a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

None ☒  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.   A debtor who has not been in business within those six years should go directly to the signature page.)

## 19. Books, records and financial statements

None ☒  a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None ☒  b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None
☒

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None
☒

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

## 20. Inventories

None
☒

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None
☒

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None
☒

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None
☒

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

## 22. Former partners, officers, directors and shareholders

None
☒

a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None
☒

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distribution by a corporation

None
☒

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

**24. Tax Consolidation Group.**

None

☒

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

**25. Pension Funds.**

None

☒

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____     Signature   */s/ Ira J. Rencher* _____
of Debtor

Date _____     Signature _____
of Joint Debtor
(if any)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Ira J. Rencher*

Case No.
Chapter　*7*

_____ / Debtor

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☒　I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☒　I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☒　I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| *2005 Chrysler Pacific* | *Capital One Auto Finance* | | *X* | | *X* |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| | | |

## Signature of Debtor(s)

Date: _____　　Debtor: */s/ Ira J. Rencher* _____

Date: _____　　Joint Debtor: _____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re    *Ira J. Rencher*

Case No.

Chapter  **7**

_____ / Debtor

Attorney for Debtor:   *Richard S. Bass*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a)  For legal services rendered or to be rendered in contemplation of and in
        connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____*700.00*
    b)  Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $ _____*700.00*
    c)  The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . $ _____*0.00*

3.  $ _____*299.00*_____ of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered include the following:
    a)  Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to
        file a petition under title 11 of the United States Code.
    b)  Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the
        court.
    c)  Representation of the debtor(s) at the meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
    services performed, and
    *None other*

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will
    be from earnings, wages and compensation for services performed, and
    *None other*

7.  The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for
    the value stated:
    *None*

8.  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's
    law firm, any compensation paid or to be paid except as follows:
    *None*

Dated:                              Respectfully submitted,


                              X */s/ Richard S. Bass* _____
          Attorney for Petitioner: *Richard S. Bass*
                              *Law Office of Richard S. Bass, LTD.*
                              *2021 Midwest Road*
                              *Oak Brook IL   60521*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Ira J. Rencher*

Case No.
Chapter  7

_____ / Debtor

Attorney for Debtor:  **Richard S. Bass**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: _____

*/s/ Ira J. Rencher* _____
Debtor

Advocate Lutheran General Hosp
Attn:  Patient Accounts
836 W. Wellington Ave
Chicago, IL  60657

Affirmative Insurance Company
6640 S. Cicero Ave
Bedford Park, IL  60638

Allied Interstate
RE:  Commonwealth Edison
3200 Northline Ave.  #160
Greensboro, NC  27408

American Medical Collection
RE:  Quest Diagnostics Inc.
2269 S. Saw Mill River Rd, #3
Elmsford, NY  10523

Applied Card Bank
Attn: Collection Dept
PO Box 17120
Wilmington, DE  19886-7120

Argent Healthcare Fin Svc
RE:  Rush Copley Memorial Hosp
7650 Magna Drive
Belleville, IL  62223

Aurora Health Center
Attn:  Patient Accounts
330 Weston Ave
Aurora, IL  60506

Axsys National Bank
Attn :  Bankruptcy Dept
PO Box 3700 (Fingerhut)
St. Cloud , MN  56395-3700

Bank of Northern Illinois
Attn: Bankruptcy Dept
1301 Waikegan Rd
Glenview, IL  60025

Bureau of Collection Recovery
7575 Corporate Way
Eden Prairie, MN  55344

Bureau of Collection Recovery
Acct:
7575 Corporate Way
Eden Prairie, MN  55344

Capital Management Services
RE:  FNB-Marin
726 Exchange Street, Suite 700
Buffalo, NY  14210

Capital Acceptance Finance Co
Attn:  Bankruptcy Dept
PO BOX  260848
Plano, TX  75026-0848

Chase Receievables Collection
RE:  Fashion Bug
1247 Broadway
Sonoma, CA  95476

Cingular Wireless
Attn:  Bankruptcy Dept
PO BOX  68056
Anaheim, CA  92817-8056

Cingular Wireless
Attn:  Bankruptcy Dept
PO Box 8229
Aurora, IL  60572-8229

City of Aurora
Finance Dept-Revenue & Collect
44 E. Downer Place
Aurora, IL  60507-2067

City of Chicago
Department of Revenue
PO BOX  88292
Chicago, IL  60680-1292

Collection Company of America
RE:  Cingular Wireless
PO BOX  556
Norwell, MA  02061

Collection Company of America
RE:  Rush Copley
PO Box 329
Norwell, MA  02061

Collecto-Credit Pac
RE:  Ameritech FACC IL
PO Box 608
Tinley Park, IL  60477-0608

Comcast
Attn:  Bankruptcy Dept
PO BOX  173885
Denver, CO  80217-3885

Commonwealth Edison
Attn:  Bankruptcy Dept
2100 Swift Drive
Oak Brook, IL  60523-9644

Credit Protection Association
RE:  Comcast
13355 Noel Rd
Dallas, TX  75240

Cross Country Bank
Attn:  Bankruptcy Dept
PO Box 310731
Boca Raton, FL  33431-0731

Cybak R. & Associates
RE:  Nuvell Credit Corp
100 W. Monroe St, #800
Chicago, IL  60603

Dependon Collection Service
RE:  Suburban Radiologists
PO BOX  4983
Oak Brook, IL  60523-4983

Downers Grove Surg & Treatment
Attn:  Patient Accounts
3800 Highland Ave, #303
Downers Grove, IL  60515

DuPage Radiologists SC
PO BOX  70
Hinsdale, IL  60522

Edward Hospital
Attn:  Patients Accts
PO Box 4207
Carol Stream , IL  60197-4207

ER Solutions
RE:  Gas Line Comfort Guard
PO Box 9004
Renton, WA  98057-9004

Fashion Bug
Attn:  Bankruptcy Dept
PO BOX  856021
Louisville, KY  40285-6021

First Bank of Delaware
Attn:  Bankruptcy Dept
1608 Walnut St, #1000
Philadelphia, PA  19103

First National Bank
Attn:  Bankruptcy Dept
PO BOX  98873
Las Vegas, NV  89193

First National Collection Bur.
RE:  Fingerhut
610 Waltham Way
Sparks, NV  89434

First National Collection Bur.
RE:  Fashion Bug
610 Waltham Way
Sparks, NV  89434

First National Collection Bure
RE:  Credigy Services Corp
3631 Warren Way
Reno, NV  89509

First Select
Attn:  Bankruptcy Dept
PO BOX  9074
Pleasanton, CA  94566

Fox Metro Water Reclamation
Attn:  Bankruptcy Dept
PO BOX  109
Montgomery, IL  60538

Good Samaritan Hospital
Attn:  Patient Accounts
3815 Highland Ave
Downers Grove, IL  60515-1590

Greenwich Financial
Attn:  Bankruptcy Dept
1621 E. New York St
Aurora, IL  60505

Highland Financial Services In
RE:  Insurance Plus
PO BOX  6718
Villa Park, IL  60181

Household Credit Services
Attn:  Bankruptcy Dept
PO BOX  80084
Salinas, CA  93912-0084

Illinois Masonic Hospital
Attn: Patient Accounts
836 W. Wellington St
Chicago, IL  60657

Imagine/First Bank Delaware
Attn:  Bankruptcy Dept
245 Perimeter Ctr Pkwy, #600
Atlanta, GA  30346

Island National Group
RE:  Fingerhut
6851 Jericho Turnpike, #180
Syosset, NY  11791

KCA Financial
RE:  Delnor/Tri-City
PO Box 53
Geneva, IL  60134

Law Office of Cybak & Assc
RE:  Nuvell Credit Corp
100 W. Monroe St. #800
Chicago, IL  60603

Law Offices of Lloyd J. Brooks

Acct: Nuvell Credit
100 W. Monroe St #800
Chicago, IL  60603

Li Zhang, MD, S.C.
Attn:  Patient Accounts
PO BOX  5428
Woodridge, IL  60517

LVNV Funding
RE:  Collection
PO BOX  10497
Greenville, SC  29603-0584

M.J. Hecker & Associates P.C.
RE:  Yampa Investments Inc.
PO BOX  12005
Denver, CO  80212-0005

Mazda American Credit
Attn Bankruptcy Dept
PO Box 55000 Dept 5558901
Detroit, MI  48255-1939

MCI
Residential Services
PO BOX  17890
Denver, CO  80217-0890

Medical Business Bureau
RE:  Valley Imaging
PO Box 1219
Park Ridge, IL  60068-7219

Mercury Finance
119 E. Ogden Ave, Suite 100
Hinsdale, IL  60521-3518

Mid America Management
Attn Collection Dept
2901 Butterfield Rd
Oak Brook, IL  60521-1101

Midwestern Telecommunications
PO BOX  53330
Chicago, IL  60615

MPower Communications
Attn:  Bankruptcy Dept
PO BOX  36430
Las Vegas, NV  89193-6430

Naperville Radiologists S.C.
6910 S. Madison Street
Willowbrook, IL  60527

NICOR Gas
Attn: Bankruptcy Dept
1844 W. Ferry Road
Naperville, IL  60563-9662

Nuvell Credit Corp
Attn:  Bankruptcy Dept
PO BOX  7100
Little Rock, AR  72223-7100

Palisades Collection
RE:  Collection
210 Sylvan Ave
Englewood Cliffs, NJ  07632

Park Dansan
RE:  MCI Communications
PO BOX  248
Gastonia, NC  28053-0248

Progressive Management System
RE:  Collection
PO Box 805030
Chicago, IL  60680-4111

Providian Financial
Attn:  Bankruptcy Dept
PO BOX  9180
Pleasanton, CA  94566

Quest Diagnostic
Attn:  Patient Billing
1355 Mittel Blvd
Wood Dale, IL  60191-1024

Robert G. Michaels & Assoc
RE:  DuPage Emergency Phys
PO BOX  10176
Chicago, IL  60610-0176

Rush Copley Family Med Ctr
Attn:  Patient Accounts
2060 Odgen Ave, #B
Aurora, IL  60504-4714

Rush Copley Medical Center
Attn Patient Accts
PO Box 352
Aurora, IL  60504-0352

Stewart & Associates
RE:  Credigy Receivables Inc.
PO BOX  2389
Suwanee, GA  30024

Suburban Radiologists S.C.
Attn:  Patient Records
1446 Momentum Place
Chicago, IL  60689-5314

TCF Bank
Attn:  Bankruptcy Dept
500 Joliet Road
Willowbrook, IL  60527

Tehming Liang M.D.
Attn:  Patient Accounts
580 E. Boughton Rd, #A
Bolingbrook, IL  60440

Torres Credit Services
RE:  Collection
PO Box 189
Carlise, PA  17013-0189

Transworld Systems Collection
RE:  Tehming Liang Md
25 Northwest Pt. Blvd #750
Elk Grove Villag, IL  60007

Tre Medical LTD
Attn:  Patient Accounts
3825 Highland Ave
Downers Grove, IL  60515

TruComm
Attn: Collection Dept
1608 Barclay Blvd
Buffalo Grove, IL  60089-000

US Dept of Education
Attn:  Bankruptcy Dept
PO BOX  7202
Utica, NY  13054-7202

Valley Imaging Consultants LLC
6910 S. Madison St
Willowbrook, IL  60527-5504

Van Ru Credit
RE:  MCI
10024 Skokie Blvd, Ste 3
Skokie, IL  60077

Village of Bolingbrook
375 W. Briarcliff Road
Bolingbrook, IL  60440

Village of Bolingbrook
PO BOX  88850
Carol Stream, IL  60188

Weltman, Weinberg & Reis Co.
RE:  Applied Card Bank
323 W. Lakeside Ave, Suite 200
Cleveland, OH  44113-1099

Wolpoff & Abramson, L.L.P.
RE:  Household Bank
702 King Farm Blvd.
Rockville, MD  20850-5775

Yampa Investments Inc.
Attn:  Bankruptcy Dept
PO BOX  280670
Lakewood, CO  80228-0670